IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:01-cr-48-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ANDRE BERNARD WHITESIDE | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reduction of Sentence filed pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amend. 780 (Nov. 1, 2014). [Doc. 660].

The Probation Office has submitted a supplement to the Defendant's Presentence Report indicating that he may be entitled to immediate release. Based thereon, the Court determines that the United States Attorney should file a response to the Defendant's Motion.

**IT IS, THEREFORE, ORDERED** that no later than seven (7) days from the entry of this Order, the United States Attorney shall file a pleading responsive to Defendant's Motion for Reduction of Sentence.

**IT IS SO ORDERED.**

Signed: May 13, 2015

Martin Reidinger
United States District Judge